IAN WALLACH (SBN 237849)
THE LAW OFFICES OF IAN WALLACH, P.C.
5777 West Century Boulevard, Suite 750
Los Angeles, California 90045
E-mail: iwallach@wallachlegal.com
Telephone: (213) 375-0000
Fax: (213) 402-5516

*Attorney for Defendant*,
ATTILA RAVASZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BOAR, *ET AL*. (RAVASZ),<br><br>Defendants. | Case No: 2:22-CR-240-FMO-2<br><br>**CHARACTER LETTERS**<br><br>DATE: FEBRUARY 9, 2023<br>TIME: 8:30 A.M.<br>COURT: 6D<br><br>*Before the Hon. Fernando M. Olguin* |

**To The Honorable Fernando M. Olguin, United States District Judge; United States Attorney E. Martin Estrada; Assistant United States Attorney Andrew Brown; and/or representatives:**

Pursuant to the Order of The Court dated February 6, 2023 [Dkt. 176], attached for consideration at sentencing are two character letters.

Respectfully Submitted,

Date: February 6, 2023

                    LAW OFFICE OF IAN WALLACH, PC

By   /s/ Ian Wallach

IAN WALLACH
*Attorney for Defendant*,
Attila Ravasz




45694C- *Translated from the original Romanian document*

Letter for sentence

To

Judge: Fernando M Olguin

The undersigned Magyarosi Magdolna, born on ▮▮▮▮▮▮▮▮ in Balauseri, Mures County, Romania, with permanent residence in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by profession nurse and mother of two children Ravasz Attila and Ravasz Tamas.

My eldest son Ravasz Attila is arrested in Los Angeles, California, in File Number 2: 22-CR-240-FMO-2 and is waiting for your sentence.

Your Honor, I address to you in this letter, as a worried and desperate mother, suffering for and with her son, thinking about his fate .Attila was my first child, to whom I gave all my love as a mother. He was a good kid, hardworking and took care of his little brother. He had good results in his education, but unfortunately he also took wrong steps in his life. Because of the conflicts he had with his father, he had a more difficult period in adolescence, after which he was left with some painful sequelae, which will probably mark him all his life.

I, as a loving and protective mother, was always by his side, supported him and helped him, as much as I could . I knew he had a good heart and I could rely on him in any situation.

He was overjoyed when he found out he was going to become a parent ,and when he held his first daughter in his arms , he was the happiest man . He made a promise, that he would try to be a good father , stay by her side and ensure her a good life . I think that was the reason he left his family so far in the hope of a better life .

Your Honor , I don't know what my son did wrong , he is guilty or innocent, but I ask you from the bottom of your heart to have mercy on him . Please as a mother, who mourns her beloved child and hopes that her prayers will be heard . I apologize on his behalf and I beg you to leave him at home , where he is expected by a loving family and especially a little girl , who should not grow up without her father . He is aware that for a parent, the most important treasure is the child .

Thank you for your time ,I hope you can understand me and you will consider my request so that I can hold him in my arms as soon as possible .

Thank you ,

Magyarosi Magdolna



Scrisoare pt sentinta

Catre

      Domnule judecator: Fernando M Olguin

Subsemnata Magyarosi Magdolna , █████████████████████ in localitatea Balauseri , judetul Mures ,Romania , cu domiciliul stabil in ███████████████████████████ de profesie asistenta medicala si mama a doi copii Ravasz Attila si Ravasz Tamas .

Fiul meu cel mare , Ravasz Attila este arestat in Los Angeles , California , in dosarul cu numarul 2:22-CR-240-FMO-2 si asteapta sentinta Dvs .

Domnule Judecator , Onorata Instanta ma adresez Dvs. prin aceasta scrisoare , ca o mama ingrijorata si disperata , care sufera pentru si alaturi de fiul ei gandidu-se la soarta acestuia .Attila a fost primul meu copil , caruia i-am acordat toata dragostea mea de mama . A fost un copil bun, harnic si avea grija de fratele lui mai mic . A avut rezultate bune la invatatura , dar din pacate a facut si pasi gresiti la viata lui . Din cauza conflictelor avute cu tatal lui , a avut o perioada mai dificila in adolescenta , dupa care a ramas si cu niste sechele dureroase, care probabil il vor marca toata viata .

Eu , ca mama iubitoare si protectoare am fost intodeauna alaturi de el, l-am sprijinit si l-am ajutat , cat am putut . Stiam , ca are o inima buna si ma puteam baza pe el in orice situatie .

S-a bucurat enorm , cand a a aflat ,ca va deveni parinte , iar cand si-a strans prima oare fetita lui in brate , era omul cel mai fericit . A facut o promisiune , ca va incerca sa fie un tata bun , va ramane alaturi de ea si o sa ii asigure o viata buna . Cred , ca asta a fot motivul pentru care a plecat atat de departe de familie , in speranta unei vieti mai bune .

Domnule Judecator , nu stiu cu ce a gresit fiul meu , este vinovat sau nevinovat , dar va rog din suflet aveti mila de el . Va rog ca o mama , care isi plange copilul iubit si spera ca rugaciunile ei sa fie ascultate . Imi cer iertare in numele lui si va implor sa il lasati acasa , unde este asteptat de o familie iubitoare si mai ales de o fetita , care nu ar trebui sa creasca fara tatal ei . Este constient ca pentru un parinte , cea mai importanta comoara este copilul .

Va multumesc pentru timpul acordat ,sper sa ma puteti intelege si imi veti lua in considerare cererea , pentru a-l putea strange in brate cat mai curand .

Va multumesc ,

Magyarosi Magdolna

| | |
|---|---|
| Subsemnata, **Ioniță Mihaela-Alexandra**, traducător autorizat de către Ministerul Justiției cu autorizația nr. 29836, certific exactitatea prezentei traduceri cu textul înscrisului care mi-a fost prezentat. | The undersigned, **Ioniță Mihaela-Alexandra**, professional translator No. 29836, I hereby certify that this is an accurate translation of the document presented to me. |
| **Traducător autorizat** | **Translator** |

[Stamp: MINISTERUL JUSTIȚIEI – Traducător și interpret – IONIȚĂ MIHAELA ALEXANDRA – Aut. nr. 29836 – Limba Engleză – PLOIEȘTI – ROMÂNIA]



45694C- *Translated from the original Romanian document*

Letter for sentence

To

    Judge: Fernando M Olguin

The undersigned Ravasz Tamas, born on ▮▮▮ in Targu Mures, with permanent residence in ▮▮▮ ▮▮▮, dual citizen (Romanian / Hungarian), certified masseur. I am writing this letter to you in defense of my brother Ravasz Attila, who is arrested in Los Angeles, California in File Number 2:22-CR-240-FMO-2 and is awaiting a sentence from you.

Dear Mr. Judge, Ravasz Attila is my only brother, whom I love very much and care about his life and future. He is the person who raised me, taught me and gave me a lot in childhood, in a word he was like a "dad" for me because the age difference is 6 years between us.

As a child he took care of me, taught me, helped me with homework, cleaned the house, as our mother worked a lot-being older protected me all the time and tried to guide me on the right path, even if he walked on the "wrong" roads.

He had a hard childhood because of our father and he suffered a lot because of it, but he always protected me and tried to hide the wounds caused by our father. I remember, he made me many pleasant surprises, when I grew older, he already worked in Spain and sent me all kinds of clothes and accessories, as well as pocket money.

My brother is a good man, with a big soul, loved by everyone and especially by the family. He is the man, who gathers the whole family in one place and his pleasure is to make gifts to the family and he is the most joyful man, when he sees that we enjoy the gifts made by him.

He always explained to me, what is right and what is wrong, he always called me, even though he was away and wanted to know everything that was going on with me and our family.

Time passed and we ended up having both a little girl, his is older by 3 months .Since his little girl Sofia was born, he has changed a lot for the better and I have seen how caring and attentive he is with her , just as he was with me in childhood . Since his arrest, he calls the mother of the little girl and our mother daily to keep up to date with everything that happens at home .

Your honor, please have mercy on him and give him one last chance so that he can come home as soon as possible, so that he can raise his little girl. Where I work, he could have a job with a decent salary.

Thank you very much on behalf of the whole family and for your time. We hope to see my brother soon,

Ravasz Tamas

Scrisoare pt sentinta

Catre

    Domnul judecator: Fernando M Olguin

Subsemnatul Ravasz Tamas , ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Targu Mures , cu domiciliul stabil in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ dublu cetatean ( roman /maghiar ) , de profesie maseur certificat . Va scriu aceasta scrisoare pentru apararea fratelui meu Ravasz Attila , care este arestat in Los Angeles , California in dosarul numarul 2:22-CR-240-FMO-2 si este in asteptarea unei sentinte din partea Dvs.

Stimate domn judecator , Ravasz Attila este unicul meu frate , pe care il iubesc mult si imi pasa de viata si viitorul lui . El este persoana care m-a crescut , m-a invatat si mi-a oferit multe in copilarie , intr-un cuvant a fost ca un "tata " pentru mine pentru ca diferenta de varsta este de 6 ani intre noi .

In copilarie a avut grija de mine , m-a invatat , m-a ajutat la teme, facea curat in casa , cum mama nostra muncea mult - fiind mai mare m-a protejat tot timpul si a incercat sa ma indrume pe drumul cel bun , chiar daca el umbla pe drumuri "gresite " .

A avut o copilarie grea din cauza tatalui nostru si a suferit foarte mult din cauza asta , dar pe mine tot timpul m-a protejat si a incercat sa ascunda ranile provocate de tatal nostru . Imi amintesc , ca imi facea multe surprize placute , cand am crescut mai mari , el deja lucra in Spania si imi trimitea tot felul de haine si accesorii , precum si bani de buzunar .

Fratele meu este un om bun , cu suflet mare , iubit de toata lumea si mai ales de familie . El este omul , care de sarbatori aduna toata familia intr-un loc si placerea lui este sa faca cadouri familiei si este cel mai bucuros om , cand vede ca ne bucuram de cadourile facute de el .

Tot timpul mi-a explicat , ce este bine si ce este rau , tot timpul ma suna , chiar daca era plecat si vroia sa stie tot ce se intamplacu mine si familia noastra .

Timpul a trecut si am ajuns sa avem amandoi cate o fetita , a lui este mai mare cu 3 luni .De cand s-a nascut fetita lui Sofia , s-a schimbat foarte mult in bine si am vazut cat de grijuliu si atent este cu ea , exact cum era cu mine in copilarie . De cand este arestat , o suna zilnic pe mama fetitei si pe mama nostra sa fie la curent cu tot ce se intampla acasa .

Domnule judecator va rog sa aveti mila de el si sa ii oferiti o ultima sansa pentru a putea veni cat mai curand acasa , pentru a putea sa-si creasca fetita . Unde lucrez eu, ar putea avea si el un loc de munca , cu un salariu decent .

Va multumesc frumos in numele intregii familii si pentru timpul acordat . Speram sa il vedem cat de curand pe fratele meu ,

Ravasz Tamas

| | |
|---|---|
| Subsemnata, **Ioniță Mihaela-Alexandra**, traducător autorizat de către Ministerul Justiției cu autorizația nr. 29836, certific exactitatea prezentei traduceri cu textul înscrisului care mi-a fost prezentat. | The undersigned, **Ioniță Mihaela-Alexandra**, professional translator No. 29836, I hereby certify that this is an accurate translation of the document presented to me. |

**Traducător autorizat**    **Translator**